UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO.    1:16-cr-00013 |
| | * | |
| | * | 18 U.S.C. § 641 |
| VERSUS | * | |
| | * | |
| | * | CHIEF JUDGE DRELL |
| KEVIN JAMES DAUZAT | * | MAGISTRATE JUDGE PEREZ-MONTES |

## INFORMATION

### COUNT 1
(Theft of Government Property)

Beginning on or about June 1, 2007, and continuing until on or about January 31, 2015, in the Western District of Louisiana the defendant, **KEVIN JAMES DAUZAT**, did knowingly and willingly embezzle, steal, purloin and convert to his own use, a sum in excess of $1,000.00 in the form of Social Security Administration benefit payments to which he was not entitled, such funds being the property of the United States, in violation of Title 18, United States Code, Section 641.  [18 U.S.C. § 641].

                                              STEPHANIE A. FINLEY
                                              United States Attorney


By:   /s/ Brandon B. Brown
       BRANDON B. BROWN (LA Bar #31068)
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, Louisiana 71101
       Phone: (318) 676-3600